UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80365-CIV-CANNON

**SHARRON MCKINLEY,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

**COMPASS HEALTH, INC,**
*d/b/a Compass Health Insurance,*

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on June 3, 2025 [ECF No. 11]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE**, effective June 3, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 11].

    The Clerk of Court shall **CLOSE** this case.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of June 2025.

                                         **AILEEN M. CANNON**
                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record